# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER FEDONCHAK<br>Defendant. | **Location Code/Violation Number:** CA34  F5329506<br>**USDC Case Number:** 6:20-po-00657<br>**ORDER TO PAY FIXED-SUM IN L**<br>**(Violation Notice)** |

Defendant has agreed to pay a fixed-sum on the following charge(s) and to pay that fixed sum on the payment schedule ordered below:

Charge(s):                                   Nature of Charge(s)

**36 CFR 261.50 (b)**               **Using a motor vehicle on forest service land.**

**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

☑  **PAY** a fine in the amount of ___35.00_____, a special assessment of $ 10.00 and a $ 30.00 processing fee for a total financial obligation of $75.00. The entire financial obligation must be paid in full by 2/26/2021.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

☑  **CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278-0549
1-800-827-2982
       -or-
Pay on-line at www.cvb.uscourts.gov and
Click on "Pay On-Line"

☐  **CLERK, United States District Court**
**Eastern District of California- Fresno Division**
2500 Tulare Street, Suite 1501
Fresno, CA 93721

Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

Dated:  _1/26/2021

/s/Helena Barch-Kuchta
United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*
cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials  WK